ACCEPTED
12-15-00013-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/9/2015 3:55:12 PM
CATHY LUSK
CLERK

## NO. 12-15-00013-CR/14CR-164

| | | |
|---|---|---|
| STATE OF TEXAS | § | In the Court of Appeals |
| | § | |
| VS. | § | 12th Court of Appeals |
| | § | |
| ZEANTE WASHINGTON | § | Tyler, Texas |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/9/2015 3:55:12 PM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Zeante Washington, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.   This case is on appeal from the 349th Judicial District Court of Houston County, Texas.

2.   The case below was styled the <u>STATE OF TEXAS vs. Zeante Washington</u>, and numbered 14CR-164.

3.   Appellant was convicted of Aggravated Sexual Assault of a Child.

4.   Appellant was assessed a sentence on January 8, 2015.

5.   Notice of appeal was given on 1-16-2015.

6.   The clerk's record was filed on 3/10/2015; the reporter's record was filed on May 8, 2015.

1 | P a g e

7.   The appellate brief is presently due on June 8, 2015.

8.   Appellant requests an extension of time of 30 days from the present date, i.e. July 8, 2015.

9.   No extension to file the brief has been received in this cause.

10.   Defendant is currently incarcerated.

11.   Appellant relies on the following facts as good cause for the requested extension:

Counsel for defendant has been inundated with trials and hearings, and has been unable to properly prepare appellant's brief, and needs more time to do so.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Cargill & Associates
701 N. Elm Street
Palestine, Texas 75801
Tel: (903) 729-8011
Fax: (903) 729-5112


By:_____
Mark W. Cargill
State Bar No. 00787201
cargillaw@earthlink.net
Attorney for Zeante Washington


## CERTIFICATE OF SERVICE

This is to certify that on June 9, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Houston County, by fax to 903/723-7818.


_____
Mark W. Cargill

**STATE OF TEXAS**          §
                                           §

**COUNTY OF HOUSTON**      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Mark W. Cargill, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Mark W. Cargill
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on June 9 , 2015, to certify which witness my hand and seal of office.

CHRISTINA CARGILL
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES 07-11-2015

_____
Notary Public, State of Texas

4 | Page